# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHARLES R. MILLER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 18-cv-572-SLP |
| | ) |
| USAA CASUALTY INSURANCE COMPANY, | ) |
| | ) |
| Defendant. | ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by and through their counsel of record, stipulate to the dismissal of all claims against Defendant USAA Casualty Insurance Company (USAA CIC) with prejudice to the filing of future actions, with Plaintiff and USAA CIC to each bear his or its own costs and attorneys' fees, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED this 31st day of January, 2019.

                                                        Respectfully submitted,

                                                        */s/ C. Scott Loftis*
                                                        C. Scott Loftis, OBA #20086
                                                        *(Signed with permission by the filing attorney)*
                                                        Loftis Law Firm
                                                        114 N. 3rd Street
                                                        Ponca City, OK 74601
                                                        (580) 762-3661
                                                        (844) 350-2340 – Facsimile
                                                        loftislaw08@hotmail.com

                                                        ***ATTORNEY FOR PLAINTIFF***

*/s/ Jodi W. Dishman*
Jodi W. Dishman, OBA #20677
McAfee & Taft, A Professional Corporation
211 North Robinson, 10th Floor
Oklahoma City, OK 73102
Telephone:   (405) 235-9621
Facsimile:    (405) 235-0439
E-mail:        jodi.dishman@mcafeetaft.com

and

Anna Imose, OBA #32021
McAfee & Taft,
A Professional Corporation
Two West 2nd Street, Suite 1100
Williams Tower II
Tulsa OK  74103
Telephone:  (918) 587-0000
Facsimile:  (918) 599-9317
Email:        anna.imose@mcafeetaft.com

***ATTORNEYS FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY***

2